John P. Kristensen (SBN 224132)
Justice D. Turner (SBN 336579)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310-273-1230
*kristensen@cz.law*
*jturner@cz.law*
*kristensenteam@cz.law*
***Attorneys for Plaintiffs***

Douglas P. Roy (SBN 241607)
Lilian M. Loh (SBN 296196)
**CYPRESS LLP**
11111 Santa Monica Boulevard,
Suite 500
Los Angeles, California 30025
Telephone: (424) 901-0123
*doug@cypressllp.com*
*lilian@cypressllp.com*
***Attorneys for Defendants***

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELISSA GONZALEZ, individually and on behalf of all others similarly situated, | ) Case No. 2:23-cv-01259-JFW-AGR |
| | ) |
| | ) **COLLECTIVE ACTION** |
| Plaintiffs, | ) |
| vs. | ) **JOINT STIPULATION TO** |
| | ) **APPEAR AT SCHEDULING** |
| WEST COAST UNDERCOVER, INC. dba 4PLAY THE GENTLEMEN'S CLUB, a California corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | ) **CONFERENCE VIA ZOOM** |
| | ) |
| | ) Scheduling Conference: |
| | ) Current Date:      June 12, 2023 |
| | ) Time:                   1:15 p.m. |
| | ) Ctrm.:                  7A |
| | ) Judge:                 Hon. John F. Walter |
| Defendants. | ) |

**JOINT STIPULATION TO APPEAR AT SCHEDULING CONFERENCE VIA ZOOM**
**– 1 –**

1  Plaintiffs Melissa Gonzalez and Andrea Kepler ("Plaintiffs") and
2  defendants West Coast Undercover, Inc. dba 4PLAY The Gentlemen's Club
3  ("4Play") and Frank Grundel (collectively "Defendants"), by and through their
4  respective attorneys of record, hereby stipulate as follows:

5  WHEREAS, on May 2, 2023, this Court ordered a Scheduling Conference
6  to occur on June 12, 2023, at 1:15 p.m. in Courtroom 7A on 350 W. 1st Street,
7  Los Angeles, California 90012;

8  WHEREAS, the Plaintiffs and Defendants (collectively, the "Parties")  are
9  required to file a Joint Report by May 26, 2023;

10  WHEREAS, Lead Counsel for Plaintiffs, John P. Kristensen has vehicle
11  inspections in product liability cases taking place in Massachusetts on June 13,
12  2023 and in Washington, D.C. on June 14, 2023, and will be in Massachusetts on
13  June 12, 2023;

14  WHEREAS, Lead Counsel for Defendants, Douglas Roy, is scheduled to
15  participate in a presentation to be held in San Francisco on June 12, 2023;

16  WHEREAS, the following Monday is June 19, 2023, a Federal Holiday;
17  WHEREAS, Lead Counsel for Defendants, Douglas Roy, is out of the country
18  and unavailable from June 21, 2023, through July 3, 2023;

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**JOINT STIPULATION TO APPEAR AT SCHEDULING CONFERENCE VIA ZOOM**
**– 2 –**

1    WHEREAS, the Parties stipulate as follows:

2    That Lead Counsel be permitted to appear at the Scheduling Conference via

3 Zoom, or, alternatively, that Lead Counsel's associates, Justice D. Turner for

4 Plaintiffs and Lilian Loh for Defendants, can appear in person in their place.

5    The Parties will have their Joint 26 Report filed timely by May 26, 2023.

6

7    Dated:        May 24, 2023              **CARPENTER & ZUCKERMAN**

8                                           */s/ John P. Kristensen*

9                                           John P. Kristensen

10                                          Justice D. Turner

11                                          ***Attorneys for Plaintiff***

12

13   Dated:        May 24, 2023              **CYPRESS LLP**

14                                           */s/ Douglas P. Roy*

15                                          Douglas P. Roy

16                                          Lilian M. Loh

                                           ***Attorneys for Defendants***

17

18

19

20

21

22

23

24

25

26

27

28

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The undersigned attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ John P. Kristensen*

John P. Kristensen

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Wednesday, May 24, 2023 a true and correct copy of the attached **JOINT STIPULATION TO APPEAR AT SCHEDULING CONFERENCE VIA ZOOM** was served via CM/ECF upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Doug P. Roy
Lilian Loh
Garrett Harris
**CYPRESS GUIDING INNOVATIVE PEOPLE**
11111 Santa Monica Blvd., Suite 500
Los Angeles, CA 90025
Phone: 424-901-0148
Facsimile: 424-750-5100
*doug@cypressllp.com*
*lilian@cypressllp.com*
*garrett@cypressllp.com*

***Counsel for Defendants***

*/s/ John P. Kristensen*
John P. Kristensen