js-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELISSA GONZALEZ and ANDREA KEPLER, individuals, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>WEST COAST UNDERCOVER, INC. dba 4PLAY THE GENTLEMEN'S CLUB, a California corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | Case No.: 2:23-cv-01259-JFW-AGRx<br><br>**COLLECTIVE ACTION**<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MELISSA GONZALEZ**<br><br>Complaint Filed: February 20, 2023 |

    On July 10, 2023, defendants West Coast Undercover, Inc. dba 4Play The Gentlemen's Club ("Defendant" or "4Play") and Frank Grundel ("Defendant" or "Grundel") (collectively "Defendants") served plaintiff Melissa Gonzalez ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), exclusive of costs and attorneys' fees (meaning that Plaintiff shall be entitled to seek an award from the Court for attorneys' fees and costs incurred in connection with the prosecution of this Action). On July 17, 2023, Plaintiff accepted the offer. *See* Dkt. 38.

    In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), exclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00), with interest at the legal rate per annum from the date of the entry of this Judgment. Her counsel shall be entitled to seek an award from the Court for attorneys' fees and costs incurred in connection with the prosecution of this Action.

**IT IS SO ORDERED.**

Dated: July 27, 2023

THE HONORABLE JOHN F. WALTER
UNITED STATES MAGISTRATE JUDGE