JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MELISSA GONZALEZ and ANDREA KEPLER, individuals, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WEST COAST UNDERCOVER, INC. dba 4PLAY THE GENTLEMEN'S CLUB, a California corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | Case No.: 2:23-cv-01259-JFW-AGR <br><br> **COLLECTIVE ACTION** <br><br> [Proposed] **JUDGMENT IN FAVOR OF PLAINTIFF ANDREA KEPLER** <br><br> Complaint Filed: February 20, 2023 |

On February 7, 2024, defendants West Coast Undercover, Inc. dba 4Play The Gentlemen's Club ("Defendant" or "4Play") and Frank Grundel ("Defendant" or "Grundel") (collectively "Defendants") served plaintiff Melissa Gonzalez ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of TWENTY THOUSAND U.S. DOLLARS ($20,000.00), inclusive of costs and attorneys' fees. On February 7, 2024, Plaintiff accepted the offer. *See* Dkt. 74.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of TWENTY THOUSAND U.S. DOLLARS ($20,000.00), inclusive of costs and attorneys' fees.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of TWENTY THOUSAND U.S. DOLLARS ($20,000.00), with interest at the legal rate per annum from the date of the entry of this Judgment.

**IT IS SO ORDERED.**

Dated: Feb. 13, 2024

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF ANDREA KEPLER
-2-